UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JANIS SHUMWAY, Individually,　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　Plaintiff,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　　　　　　:　Case No. 4:21-cv-04163-SLD-JEH
　　　　　　　　　　　　　　　　　　　　　:
JAY GANPATI LLC d/b/a STAR MOTEL, an:
Illinois Limited Liability Company,　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　Defendant.　　　　　　　　　　:
_____/　:

### NOTICE OF SETTLEMENT OF CLAIM

Plaintiff, JANIS SHUMWAY, by and through undersigned counsel, respectfully submits this Notice of Settlement, and informs the Court as follows:

1.　Plaintiff has reached an agreement with Defendant to resolve the claims against Defendant.

2.　The parties are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal with the Court shortly.

3.　Accordingly, the parties ask for a 30-day extension of all deadlines.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this December 8, 2021.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　Attorney for Plaintiff:

　　　　　　　　　　　　　　　　By: /s/ Kimberly A. Corkill, Esq.

　　　　　　　　　　　　　　　　Kimberly A. Corkill, Of Counsel
　　　　　　　　　　　　　　　　Thomas B. Bacon, P.A.
　　　　　　　　　　　　　　　　7 N. Coyle Street

Pensacola, FL 32502
ph. 850-375-3475
fx 877-828-4446
kimberlyatlaw@gmail.com
Florida Bar Id. No. 84942

Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (850)375-3475
kimberlyatlaw@gmail.com
Florida Bar. Id. No. 139262